UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

| | |
|---|---|
| ANGELA KENT, | ) |
|     Plaintiff, | ) ) ) |
| v. | ) ) Case No. 3:21-cv-00054-BJB-CHL |
| LINCOLN NATIONAL LIFE INSURANCE CO., | ) ) ) |
|     Defendant. | ) ) |

## **STIPULATION OF DISMISSAL**

Come now Plaintiff, Angela Kent, by counsel, and Defendant, Lincoln National Life Insurance Co., by counsel, and stipulate that this matter be dismissed with prejudice, with each party to bear its own attorneys' fees and costs. In support hereof, the parties show the Court that all matters previously in dispute between them have been resolved.

WHEREFORE, the parties, by their respective counsel, stipulate that this matter be dismissed with prejudice, with each party to bear its own attorneys' fees and costs.

DATED: December 2, 2021

                                                  Respectfully submitted,

                                                  By: /s/ *Robert A. Florio*
                                                  Robert A. Florio
                                                  1500 Story Ave.
                                                  Louisville, KY 40206
                                                  Phone: 502-587-0228
                                                  raflorioatty@hotmail.com

                                                  ATTORNEY FOR PLAINTIFF

OGLETREE, DEAKINS, NASH,
SMOAK & STEWART, P.C.

By: */s/ Eric P. Mathisen*
Admitted *pro hac vice*
56 S. Washington St., Suite 302
Valparaiso, IN 46383
Phone: (219) 242-8666
Fax: (219) 242-8669
Eric.mathisen@ogletree.com

Kevin E. Roberts, KY Bar # 96835
111 Monument Circle, Suite 4600
Indianapolis, IN 46204
Ph.: (317) 916-1300
Fax: (317) 916-9076
Kevin.roberts@ogletree.com

*ATTORNEYS FOR DEFENDANT*

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing *STIPULATION OF DISMISSAL* was filed electronically on December 2, 2021 and that service of same on all counsel of record will be made by the Court's CM/ECF system as follows:

    Robert A. Florio
    raflorioatty@hotmail.com

I further certify that service was made on the following non-registered ECF counsel of record by placing copies of the foregoing *STIPULATION OF DISMISSAL* in envelopes properly addressed to them and with sufficient first-class postage pre-paid:

    None

    */s/ Eric P. Mathisen*
    Eric P. Mathisen